UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:18-CR-9-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MAURICE MONTRELL GREENE, ) | |
| Defendant. ) | |
| _____) | |

This matter comes before the Court on Defendant's motion to extend the pretrial motions deadline and to continue his arraignment and trial. Upon consideration of the circumstances and for the reasons and good cause shown, the motion is GRANTED.

Accordingly, Defendant's Motion For Extension of Time to File Pretrial Motions is GRANTED, and pursuant thereto motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41 of the Federal Rules of Criminal Procedure, shall be filed no later than May 28, 2019. The government's responses to Defendant's pretrial motions shall be due by _____, 2019. Defendant's arraignment is continued to the Court's _____, 2019 criminal term.

The delay occasioned by this extension and continuance is excluded from the Speedy Trial Act computation pursuant to 18 USC § 3161(h)(7) for the reason that the interest of justice outweigh the interests of the public and the defendant in a speedy trial.

This the _____ day of April, 2019.

_____
THE HONORABLE LOUISE FLANAGAN
UNITED STATES DISTRICT JUDGE