Maurice A. Greene

717 Court St.

Jacksonville, NC 28540

FROM
UNITY
CENTER

X-RAYED CSO

Judge Louise W. Flanagan
U.S. District Court-S. Middle St.
New Bern, NC 28560

CHARLOTTE NC 280

23 SEP 2021 PM 5 L

RECEIVED

SEP 28 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

USA ★ FOREVER

286560&9999